**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **CHRISTOPHER PIERCE** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | )    **CIV-07-1405-R** |
| | ) |
| **KAREN ROLLING,** | ) |
| | ) |
|     **Respondent.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle E. Argo entered January 28, 2008. Doc. No. 6. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Petitioner has neither paid the required filing fee nor submitted a completed application to proceed *in forma pauperis*. Therefore, the Report and Recommendation is ADOPTED and this case is DISMISSED due to Petitioner's failure to either pay the filing fee or submit a completed *in forma pauperis* application.

    IT IS SO ORDERED this 26th day of February, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE